But WHITLOCK, J., thought differently.
And by the advice of DODERIDGE, J., the party took such a certiorari exofficio, and the judgment was reversed.
Novel Entry, 254, 263, 267; Gage's case, 5 Rep., quod intratur, M. 39, 40 Eliz., and Bishop's case, 5 Rep., quod rotulat; P., 33 Eliz. rot., 361, which was after a nihil dicit, and not after an in nullo est erratum, as the book says. T., 13 Jac., rot., 52. Bishop of Rochester's case, andYoung's case.
The entry here shall not be as the party requires, but as awarded by the court. Novel Entry, 242, 266; 1 Roll., 764, 765; Jones, 139; Noy, 83.